VON S. HEINZ
Nevada Bar No. 859
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8351 (fax)
Attorneys for Defendant
*Life Insurance Company of North America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE GEVING HATCHER,<br><br>             Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; DOES I through XXX, inclusive; ABC CORPORATIONS, inclusive; and XYZ PARTNERSHIPS, inclusive,<br><br>             Defendant. | Case No.:   3:13-cv-00157-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(2), plaintiff Jamie Geving Hatcher and defendant Life Insurance Company of North America stipulate and agree as follows:

1. Plaintiff's complaint shall be dismissed with prejudice as against the defendants.

2. Each party will bear her/its own attorneys' fees and costs.

. . .

. . .

-1-

3927397.1

3. No trial date has been set in this matter.

| | |
|---|---|
| Dated: November 14, 2013 | Dated: November 14, 2013 |
| MATTHEW L. SHARP, LTD. | LEWIS ROCA ROTHGERBER LLP |
| By  */s/ Matthew L. Sharp*  <br>    MATTHEW L. SHARP <br>    Nevada Bar No. 4746 <br>    432 Ridge Street <br>    Reno, NV 89501 | By: */s/ Von S. Heinz* <br>    VON S. HEINZ <br>    Nevada Bar No. 859 <br>    Suite 600 <br>    3993 Howard Hughes Parkway <br>    Las Vegas, Nevada 89169 |
| THE LAW OFFICE OF STEPHEN H. OSBORNE, LTD. <br><br> By  */s/ Stephen H. Osborne*  <br>    STEPHEN H. OSBORNE <br>    Nevada Bar No. 4712 <br>    232 Court Street <br>    Reno, NV 89501 <br><br> *Attorneys for Plaintiff* | *Attorneys for Defendant* <br> *LIFE INSURANCE* <br> *COMPANY OF NORTH AMERICA* |

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE
Dated: November 14, 2013

-2-

3927397.1